IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROSE PEARSON,

     Plaintiff

-vs-                                  Case No: 3:15-CV-308

CULLMAN ELECTRIC
COOPERATIVE,

     Defendant(s)

_____ __ _ /

## NOTICE OF PENDING SETTLEMENT

Plaintiff, ROSE PEARSON, by and through her undersigned counsel, hereby submits this Notice

of Pending Settlement pursuant to Local Rule 3.08(a), and states that Plaintiff and Defendant,

CULLMAN ELECTRIC COOPERATIVE, have reached a settlement with regard to this case and are

presently drafting, finalizing and executing the settlement and dismissal documents. Upon

execution of the same, the parties will file the appropriate dismissal documents with the Court.

     Dated this 3rd day of September, 2015.

Respectfully submitted,

                              */s/ Tav Gomez*
                              Octavio "Tav" Gomez, Esquire
                              Morgan & Morgan, P.A.
                              201 N. Franklin St. 7th Floor
                              Tampa, FL 33602
                              Tele: (813) 223-5505
                              Fax:  (813) 222-4797
                              Florida Bar #:  0338620
                              Attorney for Plaintiff
                              TGomez@forthepeople.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3RD day of September, 2015, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will provide electronic notice of the filing to all counsel of record.

*/s/ Tav Gomez*

Octavio "Tav" Gomez, Esquire
Morgan & Morgan, P.A.
201 N. Franklin St. 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax:  (813) 222-4797
Florida Bar #:  0338620
Attorney for Plaintiff
TGomez@forthepeople.com
