**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| **ROSE PEARSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **3:15-CV-308-J-32JBT** |
| **CULLMAN ELECTRIC COOPERATIVE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Rose Pearson and Defendant Cullman Electric Cooperative, and pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby jointly agree and stipulate to the dismissal of this case with prejudice, each party to bear their own costs and fees.

[Signatures on Following Page]

210642.1

Respectfully submitted this 14th day of September, 2015.

| | |
|---|---|
| /s/ **Tav Gomez** | /s/ ***Geremy W. Gregory*** |
| Octavio "Tav" Gomez, Esquire | Geremy W. Gregory |
| Florida Bar No. 0338620 | Florida Bar Number: 0102645 |
| **MORGAN & MORGAN, TAMPA, P.A.** | **Balch & Bingham LLP** |
| One Tampa City Center | 841 Prudential Drive, Suite 1400 |
| 201 N. Franklin Street, 7th Floor | Jacksonville, Florida 32207 |
| Tampa, FL 33602 | Telephone: (904) 348-6875 |
| Telephone: (813) 223-5505 | Facsimile: (866) 501-9968 |
| Facsimile: (813) 222-7425 | E-mail: ggregory@balch.com |
| *Counsel for Plaintiff Rose Pearson* | -   and   - |
| | Hugh B. McNatt (*admitted pro hac vice*) |
| | Georgia Bar No. 498300 |
| | **MCNATT, GREENE & PETERSON** |
| | 602 Church Street |
| | P. O. Box 1168 |
| | Vidalia, Georgia  30475 |
| | Telephone:  (912) 537-9343 |
| | *Counsel for Defendant Cullman Electric Cooperative* |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of September, 2015, a copy of the foregoing **Joint Stipulation for Dismissal with Prejudice** was electronically filed with the Clerk of the Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following attorney of record.

Octavio "Tav" Gomez, Esquire
**Morgan & Morgan, Tampa, P.A.**
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602

*/s/ Geremy Gregory*
Geremy W. Gregory
Florida Bar Number: 0102645